UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION,<br><br>    Plaintiff,<br>v.<br><br>ROBERT F. KENNEDY, JR.,<br>Secretary of Health and Human Services, et al.,<br><br>    Defendants. | Civil Action No. 25-1265 (ACR) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Stephanie R. Johnson as counsel for all Defendants in the above captioned case.

Dated: June 16, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Stephanie R. Johnson*
  STEPHANIE R. JOHNSON,
  D.C. Bar # 1632338
  Assistant United States Attorney
  Civil Division
  601 D Street, NW
  Washington, DC 20530
  (202) 252-7874
  Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*