AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Nat'l Family Planning & Reproductive Health Assoc., )
*Plaintiff* )
v. ) Case No. 1:25-cv-01265
Robert F. Kennedy, Jr. et al., )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Family Planning & Reproductive Health Association .

Date: June 26, 2025

/s/Brigitte Amiri
*Attorney's signature*

Brigitte Amiri (New York State Bar No. 3017167)
*Printed name and bar number*

American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

bamiri@aclu.org
*E-mail address*

(212) 549-2633
*Telephone number*

(212) 549-2650
*FAX number*