AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nat'l Family Planning & Reproductive Health Assoc., <br> *Plaintiff* <br> v. <br> Robert F. Kennedy, Jr. et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:25-cv-01265 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Family Planning & Reproductive Health Association   .

Date: June 26, 2026

/s/Meagan Burrows
*Attorney's signature*

Meagan Burrows (New York State Bar No. 5341904)
*Printed name and bar number*

American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

mburrows@aclu.org
*E-mail address*

(212) 549-2633
*Telephone number*

(212) 549-2650
*FAX number*