**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as United States Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | No. 1:25-cv-01265 |

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Robin Summers to appear in this action, pro hac vice, it is hereby ORDERED that the motion is granted.


Date: _____


_____
Ana C. Reyes
United States District Judge