# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAMILY PLANNING & REPUBLIC HEALTH ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as United States Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | No. 1:25-cv-01265 (ACR) |

**[PROPOSED] ORDER DIRECTING DEFENDANTS TO HOLD FUNDS PENDING RESOLUTION OF THE MERITS OF THE CASE**

Plaintiff's Motion for an Order Directing Defendants to Hold Funds Pending Resolution of the Merits of the Case is GRANTED, and it is hereby

**ORDERED**, pursuant to 31 U.S.C. § 1502(b) and the Court's equitable authority, that the statutory lapse of Title X-appropriated funds at issue in this case is suspended during the pendency of this litigation; and it is further

**ORDERED** that Defendants shall maintain the Title X Fiscal Year 2025 funds at issue ($30.1 million) in this case to satisfy any order issued by this Court until this Court has issued a final ruling on the merits, except that Defendants may issue Notices of Awards and provide grants from those funds to Plaintiff's Affected Members that currently have their grants withheld; and it is further

**ORDERED** that Defendants shall report to the Court within ten business days of this order that they have taken whatever steps are necessary to comply with this order.

Date: _____              _____
                                    Ana C. Reyes
                                    United States District Judge