UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as United States Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | No. 1:25-cv-01265 (ACR) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff National Family Planning & Reproductive Health Association ("NFPRHA") hereby moves, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), for summary judgment on the first, second, and third causes of action in its Complaint (ECF No. 1).[1] Plaintiff also seeks a declaration that Defendants' withholding of Title X grant funds from NFPRHA's members without having first determined that they are violating (or have violated) any grant term or condition or any law, and without providing them with an opportunity to undertake any necessary voluntary corrective action, pursuant to the requirements of, *inter alia*, 42 U.S.C. § 2000d-1, 45 C.F.R. § 80.8 and 45 C.F.R. § 75.371, was unlawful.

For the reasons set out more fully in Plaintiff's accompanying Memorandum of Law, and the supporting declaration attached thereto, Defendants' withholding of Plaintiff's members' Title

---

[1] Plaintiff reserves the right to move on its arbitrary and capricious claim after Defendants produce the administrative record. Plaintiff also reserves the right to move on its *ultra vires* claim should its claims under the APA be dismissed or should this motion for summary judgment be denied.

X continuation grant funds pursuant to the March 31 Letters violates the applicable statutes and regulations. Defendants' sole asserted basis for withholding Plaintiff's members' grants is 45 C.F.R. § 75.371(a), a regulation that permits the Department of Health and Human Services ("HHS" or "the Agency") to withhold funds only if it has *determined* that a grantee has in fact failed to comply with "Federal statutes, regulations, or the terms and conditions of a Federal award" and, even then, only *after* HHS has also "determine[d] that noncompliance cannot be remedied by imposing additional conditions." 45 C.F.R. § 75.371. Similarly, both statutory and regulatory requirements make clear that HHS may not withhold federal funds from a grantee for an alleged Title VI violation in an HHS program unless and until it has, among other things, determined that a grantee is not in compliance, advised the grantee of the non-compliance, and determined that compliance cannot be secured through voluntary means. *See* 42 U.S.C. § 2000d-1; 45 C.F.R. § 80.8. It is indisputable that HHS failed to comply with any of these requirements when withholding Title X funds from Plaintiff's members pursuant to the March 31 Letters.

Thus, because there is no genuine dispute as to any material fact, Plaintiff is entitled to judgment as a matter of law on its claims that Defendants' withholding of funds is not in accordance with the law, 5 U.S.C. § 706(2)(A) (First Cause of Action); in excess of statutory authority, 5 U.S.C. § 706(2)(C) (Second Cause of Action); and without observance of the procedure required by law, 5 U.S.C. § 706(2)(D) (Third Cause of Action).

Accordingly, Plaintiff respectfully requests that its Motion for Partial Summary Judgment be granted.

July 28, 2025,                                    Respectfully submitted,

                                                  */s/ Brigitte Amiri*

Brigitte Amiri
Meagan Burrows
Ryan Mendias
Nora Ellmann
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2500
bamiri@aclu.org
mburrows@aclu.org
rmendias@aclu.org
nellmann@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Aditi Shah (D.C. Bar No. 90033136)
American Civil Liberties Union
  of the District of Columbia
529 14th Street, NW, Suite 722
Washington, D.C. 20045
T: (202) 601-4266
aspitzer@acludc.org
ashah@acludc.org

Robin Summers (D.C. Bar No. 219473)
National Family Planning & Reproductive Health Association
1025 Vermont Ave. NW, Suite 800
Washington, D.C. 20005
T: (202) 293-3114
rsummers@nfprha.org

*Attorneys for Plaintiff*