# EXHIBIT A

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Office of the Secretary

Office of the Assistant Secretary for Health
Office of Population Affairs
Washington, D.C. 20201

March 31, 2025

Missouri Family Health Council, Inc.
████████████████████

To Whom It May Concern:

    The Office of the Assistant Secretary for Health (OASH) is hereby providing notice that disbursement under the following Title X grant award is being temporarily withheld based on possible violations of the terms and conditions set forth in the notice of award, pursuant to 45 C.F.R. 75.371(a): FPHPA006561.

    The Standard Terms in the Notice of Award states: "You must administer your project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, [and] national origin." Review of public materials posted by Missouri Family Health Council, Inc. suggests it may be engaged in conduct that violates Title VI and Title VII of the Civil Rights Act, including material included in its job postings.[1]

    The above-mentioned material indicates Missouri Family Health Council, Inc. may be engaged in widespread practices across hiring, operations, and patient treatment that "unavoidably employ race in a negative manner." *Students for Fair Admissions v. Harvard*, 600 U.S. 181, 230 (2023). In turn, the materials reflect a likely violation of the terms of your grant.

    In addition, Standard Term Number 1 of the Notice of Award states: "You must comply with . . . requirements imposed by . . . Executive Orders[.]" On February 19, 2025, President Trump issued Executive Order 14218, "Ending Taxpayer Subsidization of Open Borders." That Order sets forth a policy to remove incentives for illegal immigration by ensuring that taxpayer-funded benefits are not provided to illegal aliens. EO 14218 §§ 1, 2(i). OASH requests information to ensure compliance with this requirement.

    The grants regulation for the Department of Health and Human Services, 45 CFR 75.371(a), provides OASH may "[t]emporarily withhold cash payments pending correction of the deficiency by the [grantee] or more severe enforcement action." OASH is withholding payments under all captioned awards effective as of the date of this letter. OASH will communicate with you to assess the existence and scope of practices that violate civil rights laws and to ensure compliance with EO 14218. Pursuant to 45 CFR 75.364(a), we currently request the following documents within 10 days from Missouri Family Health Council, Inc. and all its

---

[1] https://mfhc.org/file_download/inline/412dce4b-3e32-476d-be7d-3b9657d5b4f7

sub-awardees to assess compliance with grant terms and conditions, including civil rights laws and EO 14218:

1. Please provide a statement of positions on the concerns described above.
2. The name(s), title(s), and contact information for the individual(s) the entity designates as points of contact during this review.
3. A copy of any nondiscrimination policies.
4. A narrative or summary of how the entity resolves complaints or grievances from patients, visitors, and other non-employees alleging discrimination on the basis of race, color, or national origin.
5. A list of any patients who requested but were denied any lawful healthcare services that the entity otherwise provides to other patients in the last year, including the race of each patient and a narrative or summary explaining the reason for denial.
6. A copy of any complaints or grievances alleging discrimination against an employee on the basis of race in any aspect of their employment.
7. A copy of any complaints or grievances alleging discrimination against a job applicant on the basis of race.
8. A copy of any complaints or grievances alleging retaliation against an employee or job applicant for alleging discrimination on the basis of race.
9. A copy of any complaints or grievances alleging the entity was responsible for race-based harassment resulting in a hostile work environment.
10. A copy of any policies related to the treatment of illegal aliens, including all individuals who are in the United States without legal status.

Thank you for your cooperation in this matter.

If a determination is made to suspend or terminate Missouri Family Health Council, Inc.'s Title X grant, you will be provided the appropriate procedure at that time. If it is determined that a grant must be terminated, procedures for closeout (45 CFR 75.381) will be followed at that time.

Sincerely,

Amy L. Margolis -S
Digitally signed by Amy L. Margolis -S
Date: 2025.03.31 15:05:51 -04'00'

_____
Amy Margolis
Deputy Director
Office of Population Affairs
Office of the Assistant Secretary for Health
Department of Health and Human Services