**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| NATIONAL FAMILY PLANNING & | ) | |
| REPRODUCTIVE HEALTH ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-01265 (ACR) |
| ROBERT F. KENNEDY, JR., in his official | ) | |
| capacity as United States Secretary of Health | ) | |
| and Human Services, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Partial Summary Judgment, the parties' briefing in support of and in opposition to the Motion and all declarations and exhibits attached thereto, and the parties' Statement of Material Facts Not in Dispute, this Court HEREBY GRANTS Plaintiff's Motion for Partial Summary Judgment and, accordingly,

DECLARES that Defendants' withholding of Title X funding from Plaintiff's affected members pursuant to the March 31 letters violates the statutory and regulatory requirements set forth in 45 C.F.R. § 75.371, 42 U.S.C. § 2000d-1, and 45 C.F.R. § 80.8 because the withholding was, *inter alia*, undertaken without having first determined that Plaintiff's affected members are violating (or have violated) any grant term or condition or any law, and without providing them with an opportunity to undertake any necessary voluntary corrective action.  The Court further

ORDERS that Defendants' withholding of Title X funding from Plaintiff's affected members pursuant to the March 31 letters is hereby vacated and set aside because it is not in accordance

1

with law, in excess of statutory authority, and not in accordance with procedure required by law,

*see* 5 U.S.C. § 706(2).

SO ORDERED, this _____ day of _____, 202__.

_____
Ana C. Reyes
United States District Judge

2