# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

NATIONAL FAMILY PLANNING &
REPRODUCTIVE HEALTH ASSOCIATION,

     *Plaintiff,*

    v.

ROBERT F. KENNEDY, JR., in his official
capacity, *et al.*

     *Defendants.*

Civ. No. 1:25-cv-01265

## CERTIFICATION OF ADMISTRATIVE RECORD

I, Amy Margolis, Deputy Director of the Office Population Affairs ("OPA"), Office of the Assistant Secretary for Health, certify that to the best of my knowledge the attached documents constitute a true and correct copy of the materials that were directly or indirectly considered in connection with OPA's March 31, 2025 letters to the relevant grantees (grant numbers FPHPA006506, FPHPA006508, FPHPA006510, FPHPA006513, FPHPA006515, FPHPA006522, FPHPA006525, FPHPA006530, FPHPA006531, FPHPA006532, FPHPA006537, FPHPA006538, FPHPA006544, FPHPA006550, FPHPA006561, FPHPA006569, FPHPA006570, FPHPA006575, FPHPA006576, FPHPA006577, FPHPA006578, FPHPA006581).

Dated: July 28, 2025

_____

Amy Margolis