**Administrative Record Index**
*NFPRHA v. Kennedy et al.*, 25-cv-1265 (D.D.C.)

**I.    Notice of Funding Opportunity and Grantee Notice of Awards**

1.   Notice of Funding Opportunity (FY 2022) .................................................................1

2.   AccessMatters .......................................................................................67

3.   Adagio Health .......................................................................................84

4.   Bridgercare ........................................................................................119

5.   Converge ...........................................................................................136

6.   Essential Access Health ...........................................................................152

7.   Maine Family Planning .............................................................................186

8.   Missouri Family Health Council.....................................................................203

9.   Planned Parenthood ................................................................................220

**II.    March 31, 2025 Letters to Grantees**

1.   AccessMatters .....................................................................................441

2.   Adagio Health .....................................................................................444

3.   Bridgercare .......................................................................................446

4.   Converge ..........................................................................................448

5.   Essential Access Health ...........................................................................450

6.   Maine Family Planning .............................................................................452

7.   Missouri Family Health Council.....................................................................454

8.   Planned Parenthood ................................................................................456