UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR.,<br>Secretary of Health and Human Services, et al.,<br><br>        Defendants. | Civil Action No. 25-1265 (ACR) |

## JOINT STATUS REPORT

Pursuant to the Court's August 25, 2025, Minute Order, Plaintiff National Family Planning & Reproductive Health Association and Defendants Robert F. Kennedy, Secretary of Health and Human Services, Dorothy Fink, Acting Assistant Secretary for Health, and Amy L. Margolis, Deputy Director of the Office of Population Affairs (collectively, "Defendants" or the "Department"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

The Court ordered the parties to file a status report addressing whether the remaining grants at issue have been restored and, if they have not been, to include a status update about the government's investigation into Plaintiff's members whose grants are currently withheld. *See* Aug. 25, 2025, Min. Order.

\* \* \*

Defendants report that the remaining grants at issue have not yet been restored. Defendants further report that they continue to review the remaining grantees' materials and have not yet issued a determination.

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully submitted, |
| */s/ Ryan Mendias* | JEANINE FERRIS PIRRO |
| Ryan Mendias | United States Attorney |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | |
| 125 Broad Street 18th Floor | */s/ Stephanie R. Johnson* |
| New York, NY 10004 | STEPHANIE R. JOHNSON |
| (212) 549-2500 | DC Bar # 1632338 |
| rmendias@aclu.org | Assistant United States Attorney |
| | 601 D Street, NW |
| *Attorney for Plaintiff* | Washington, DC 20530 |
| | (202) 252-7874 |
| | Stephanie.Johnson5@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |