UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION,<br><br>             Plaintiff,<br><br>        v.<br><br>ROBERT F. KENNEDY, JR.,<br>Secretary of Health and Human Services, et al.,<br><br>             Defendants. | Civil Action No. 25-1265 (ACR) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's September 10, 2025, Minute Order, Defendants Robert F. Kennedy, Jr., Secretary of Health and Human Services, Dorothy Fink, Acting Assistant Secretary for Health, and Amy L. Margolis, Deputy Director of the Office of Population Affairs (collectively, "Defendants" or the "Department"), by and through undersigned counsel, hereby submit this Status Report. Defendants report as follows:

The Court ordered Defendants to file a status report addressing whether the remaining grants at issue have been restored and, if they have not been, to include a status update about the government's investigation into Plaintiff's members whose grants are currently withheld. *See* Sept. 10, 2025, Min. Order.

\*   \*   \*

2

Defendants report that the remaining grants at issue have not yet been restored. Defendants further report that they continue to review the remaining grantees' materials and have not yet issued a determination.

Dated: September 11, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
DC Bar # 1632338
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*