UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT F. KENNEDY, JR.,<br>Secretary of Health and Human Services, et al.,<br><br>       Defendants. | Civil Action No. 25-1265 (ACR) |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's December 9, 2025, Minute Order, Defendants Robert F. Kennedy, Secretary of Health and Human Services, Secretary of Health and Human Services, Admiral Brian Christine, and Amy L. Margolis, Deputy Director of the Office of Population Affairs (collectively, "Defendants" or the "Department"), by and through undersigned counsel, hereby submit this Status Report. Defendants report as follows:

The Court ordered Defendants to file a status report providing an update as to the status of the grant review. *See* Dec. 9, 2025, Min. Order.

Defendants report that the review is completed, and all grants at issue for Plaintiff's members have been restored. The remaining grantees were notified of this restoration on December 19, 2025, *see* Exhibit A. Defendants anticipate that the funds will be released during the week of December 22, 2025.

\*     \*     \*

Defendants will confer with Plaintiff's counsel to determine if this matter can be voluntarily dismissed in light of the restoration of the remaining grants.

| | |
|---|---|
| Dated: December 19, 2025 | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| | */s/ Stephanie R. Johnson*<br>STEPHANIE R. JOHNSON<br>DC Bar # 1632338<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-7874<br>Stephanie.Johnson5@usdoj.gov |
| | *Attorneys for the United States of America* |