# Exhibit A



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**                     Office of the Secretary

Office of the Assistant Secretary for Health
Office of Population Affairs
Washington, D.C. 20201

December 19, 2025

Yamelsie Rodriguez
Chief Strategy and Business
Innovation Officer
Planned Parenthood Great
Northwest, Hawaii, Alaska
Indiana, and Kentucky
(Alaska, Idaho, Indiana,
Kentucky)

Jill N. Schneebeck
Senior Director of Business
Transformation
Planned Parenthood of
Minnesota, North Dakota,
and South Dakota

Cc: Kenneth T. Bailey, Esq.
General Counsel & Chief
Compliance Officer for
PPMNS

Melissa Cohen
General Counsel
Planned Parenthood of
Greater Ohio

Cc: Lisa Reisz
Outside Counsel

Nicole Clegg
President & CEO
Planned Parenthood of
Northern New England, Inc.

Amanda Skinner
President & CEO
Planned Parenthood of
Southern New England, Inc.

Cc: Carolyn Kone
Counsel to PPSNE

Christina Hernandez
Risk and Quality
Management Director
Planned Parenthood of South
Atlantic (North Carolina, and
South Carolina)

Cc: Susanna Birdsong
General Counsel & Vice
President of Compliance

Shireen Ghorbani
President
Planned Parenthood
Association of Utah

Cc: Lisa R. Petersen
General Counsel of PPAU

Paulette McElwain
Chief Executive Officer
The Virginia League for
Planned Parenthood, Inc.

Cc: Lauren Robbins
General Counsel

To Whom It May Concern:

This letter is to notify you that the Office of the Assistant Secretary for Health (OASH) is restoring the following previously suspended Title X grants: FPHPA006506, FPHPA006522, FPHPA006530, FPHPA006531, FPHPA006532, FPHPA006544, FPHPA006569, FPHPA006570, FPHPA006575, FPHPA006576, FPHPA006577, FPHPA006578. OASH notes the clarifications made by, and actions taken by, the grantees after the March 31, 2025 suspension of the Title X grant. OASH further notes that, in light of grantees' responses to OASH's June 25, 2025 and July 16, 2025 letters, OASH is satisfied that the grantees have complied with 45 C.F.R. 75.364.

As you know, the Standard Terms in the Notice of Award state: "You must administer your project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, [and] national origin." Accordingly, OASH reminds you of your ongoing obligation to comply with all terms of the award, including by not engaging in any unlawful diversity, equity or inclusion-related discrimination in violation of such laws.

Sincerely,

AMY L. MARGOLIS -S
Digitally signed by AMY L. MARGOLIS -S
Date: 2025.12.19 09:46:40 -05'00'

Amy Margolis
Deputy Director
Office of Population Affairs

U.S. Public Health Service