## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL FAMILY PLANNING & REPRODUCTIVE HEALTH ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:25-cv-01265 (ACR) |
| ROBERT F. KENNEDY, JR., in his official capacity as United States Secretary of Health and Human Services, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### STIPULATON OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff hereby files a stipulation of voluntary dismissal without prejudice signed by all the parties who have appeared in this action.  Each party agrees to bear their own fees and costs.

January 13, 2026,

Respectfully submitted,

*/s/ Brigitte Amiri*

Brigitte Amiri
Meagan Burrows
Ryan Mendias
Nora Ellmann
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2500
bamiri@aclu.org
mburrows@aclu.org
rmendias@aclu.org
nellmann@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)

1

Aditi Shah (D.C. Bar No. 90033136)
American Civil Liberties Union
  of the District of Columbia
529 14th Street, NW, Suite 722
Washington, D.C. 20045
T: (202) 601-4266
aspitzer@acludc.org
ashah@acludc.org

Robin Summers (D.C. Bar No. 219473)
National Family Planning & Reproductive Health
Association
1025 Vermont Ave. NW, Suite 800
Washington, D.C. 20005
T: (202) 293-3114
rsummers@nfprha.org

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/Stephanie R. Johnson
         STEPHANIE JOHNSON,
         D.C. Bar #1632338
         Assistant United States Attorney
         Civil Division
         601 D Street, NW
         Washington, DC 20520
         (202) 252-7874
         Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*